UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUHEED CARR,<br><br>   Petitioner,<br><br>  v.<br><br>THE STATE OF CALIFORNIA,<br><br>   Respondent. | Case No. CV 13-4045 PSG(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED:   _June 14, 2013_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE